IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOHN L. OWENS,

    Petitioner,

v.                                                     CASE NO. 4:06-cv-00343-MP-WCS

JAMES McDONOUGH,

    Respondent.

_____/

## **O R D E R**

This matter is before the Court on Doc. 16, Report and Recommendation of the Magistrate Judge, recommending that Petitioner Owens' petition for writ of habeas corpus, Doc. 1, be denied with prejudice. The Magistrate Judge filed the Report and Recommendation on Thursday, July 19, 2007. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has made. In this instance, however, no objections were made.

Petitioner filed the instant petition pursuant to 28 U.S.C. § 2254, alleging that the the Criminal Punishment Code of the State of Florida is facially unconstitutional. In presenting his claims to the state court, Petitioner argued constitutional grounds inapplicable to his case, and the First District Court of Appeal dismissed his challenge for lack of standing. As the Magistrate points out, habeas relief is not available to bring a facial challenge to a criminal statute. Because of this, the Court agrees with the Magistrate that Petitioner's habeas petition fails to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 2254. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have

determined that the Report and Recommendation should be ADOPTED.  Accordingly, it is

hereby

> **ORDERED AND ADJUDGED:**
>
> 1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.
>
> 2. Petitioner John L. Owens' petition for writ of habeas corpus, Doc. 1, is DENIED WITH PREJUDICE.
>
> **DONE AND ORDERED** this   *21st* day of August, 2007
>
> *s/Maurice M. Paul*
> Maurice M. Paul, Senior District Judge